# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 12-1319**                     **September Term, 2012**

**SEC-77FR21609**

**Filed On: June 3, 2013** [1438957]

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

   v.

Securities and Exchange Commission,

      Respondent

## O R D E R

Upon consideration of the stipulation for dismissal of this petition for review, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No
mandate will issue.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

              BY:    /s/
                         Mark A. Butler
                         Deputy Clerk